FRANKLIN A. ROAN, Respondent, v JUDITH ROAN, Appellant.

The law is clear that any award of costs and counsel fees in connection with a custody proceeding or for bringing an appeal to this court is a matter to be resolved by the court before whom the application was made, as an exercise of its discretion *(see,* Domestic Relations Law § 237 [b]). Based on the instant record, there was no abuse of that discretion *(see, Matter of Bonnaci v Bonnaci,* 89 AD2d 634). Thompson, J. P., Brown, Eiber and Spatt, JJ., concur.